# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 13, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-41127   USA v. Sipriano Galaz-Perez, et al
       USDC No. 4:10-CR-242-3

The court has reinstated the appeal. Further instructions will be sent out under separate cover.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Michael R. Brown
Michael R. Brown, Deputy Clerk
504-310-7692

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 17 2012
DAVID J. MALAND, CLERK

Mr. Jay R. Combs
Mr. Todd Alan Durden
Mr. Roberto M. Hinojosa
Mr. David Maland